# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| VICIKE M. WILSON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-1260-S-BT |
| | § | |
| SELECT PORTFOLIO SERVICING, | § | |
| INC., and NOSHI PROPERTIES LLC | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff was served with the Magistrate Judge's findings, conclusions, and recommendation on February 7, 2026. *See* Return of Service [ECF No. 42]. No objections were filed, and Plaintiff has not otherwise shown that she has properly served Noshi Properties LLC.

The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED March 10, 2026.

_____
**UNITED STATES DISTRICT JUDGE**